GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Appellant, *v.* HERTZ DRIVURSELF STATIONS, INC. (New York), Respondent.

(Argued May 31, 1934; decided October 2, 1934.)

*Louis J. Wolff* and *James A. Nooney* for appellant.

*C. Frank Reavis* and *Martin D. Jacobs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.